*USA v. O'Brien*

Name of Offender: Noah O'Brien        Docket Number: 04-CR-0452-04 (RMB)

-3-

43845/GAF

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[✓]  Transfer of Jurisdiction Approved

[ ]  Transfer of Jurisdiction Denied

[ ]  Other

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/12
```

_____
Signature of Judicial Officer

*Richard M. Berman*

2/29/12
Date

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 04-CR-0452-04 (RMB) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Noah O'Brien | DISTRICT SOUTHERN DISTRICT OF NEW YORK | DIVISION Probation |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Richard M. Berman, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM January 27, 2012 — TO January 26, 2017 |

**OFFENSE**

Ct. 1: Conspiracy to Traffic Firearms Without a license (18 U.S.C. 371), a Class D Felony; Ct. 2: Conspiracy to Distribute and Possess With Intent to Distribute Ecstasy (21 U.S.C. 846), a Class C Felony; Ct. 3: Using and Carrying a Firearm During, In Relation to and In Furtherance of a Narcotics Trafficking Crime (18 U.S.C. 924(c)), a Class A Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **"SOUTHERN DISTRICT OF NEW YORK"**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Ohio upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/28/12
_____
Date

*[signature: Richard M. Berman]*
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF OHIO**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge